

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,603-01

### EX PARTE PARRISH LEE COBB, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2017-1022-C1A IN THE 54TH DISTRICT COURT
### FROM McLENNAN COUNTY

*Per curiam.*

## O R D E R

Applicant pled guilty to aggravated robbery under a plea agreement and was sentenced to eighteen years' imprisonment. Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In several grounds, Applicant contends that his guilty plea was involuntary due to the ineffective assistance of his trial counsel. The record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order trial counsel to respond to Applicant's claims. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d).

The trial court shall make findings of fact and conclusions of law resolving the disputed factual issues. The trial court may also make any other findings and conclusions that it deems appropriate.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: May 19, 2021
Do not publish